UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRANCE DURELLE MOORE,

    Plaintiff,

v().                                                   Case No. 3:24cv30-MCR-HTC

OKALOOSA COUNTY
SHERIFF'S OFFICE, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On February 13, 2024, the Court granted Plaintiff's motion to proceed *in forma pauperis* and ordered him to pay an initial partial filing fee of $42.37 by March 5, 2024. Doc. 7. The February 13 Order warned Plaintiff that his failure to comply with it could result in a recommendation that this case be dismissed. After Plaintiff failed to comply with the February 13 Order within the allotted time, the Court ordered him on March 15, 2024, to show cause within fourteen days why this case should not be dismissed due to his failure to comply with the February 13 Order. Doc. 8.

Plaintiff filed a response to the March 15 Order which asserted his case should not be dismissed because his constitutional rights have been violated and he is being unlawfully detained. Doc. 9. The Court noted the response did not explain why

Plaintiff failed to pay the initial partial filing fee but, in an abundance of caution, the deadline for Plaintiff to do so was extended to April 9. Doc. 10. The Court warned Plaintiff that if he failed to pay the $42.37 by April 9, his case would be recommended for dismissal. Nevertheless, to date, Plaintiff has not paid the initial partial filing fee. Based on the foregoing, dismissal of this case is appropriate. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute and failure to comply with Court orders.

2. That the clerk close the file.

At Pensacola, Florida, this 16th day of April, 2024.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:24cv30-MCR-HTC

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1.