# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LARRANCE DURELLE MOORE,

    Plaintiff,

v.                                                Case No. 3:24cv30-MCR-HTC

OKALOOSA COUNTY
SHERIFF'S OFFICE, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 16, 2024 (ECF No. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). On May 3, 2024, Plaintiff filed a Report of Payment, ECF No. 12, indicating a payment of $43.00 was made on February 21, 2024. However, as of the date of this order, the filing fee has not been received by the Clerk of Court. There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute and failure to comply with Court orders.

3. The clerk shall close the file.

**DONE AND ORDERED** this 4th day of June 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**